UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK MCKISSACK,

    Plaintiff,

v.

    Case No. 1:17-cv-491

ANN NIEMI,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.


Dated: May 21, 2018                                                   /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge